UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:09-cr-305-T-23EAJ

GREGORY ALOUSIUS GOMES
_____/

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

A money judgment issued in the amount of $5,260.00 against Gregory Alousius Gomes for which Gomes is personally liable. (Doc. 89)

The United States moves (Doc. 107) pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2(e), Federal Rule of Criminal Procedure, for entry of a preliminary order of forfeiture for $5,260.00 of the monies held in Regions Bank Account No. 5800812285, in the name of Gregory Gomes, 6470 Spring Hill Drive, Spring Hill, Florida 34606-4941, POD/Gregory Gomes, Jr., in satisfaction of the forfeiture money judgment. The motion is **GRANTED**.

Pursuant to 21 U.S.C. § 853(p) and Rule 32.2(e), Federal Rule of Criminal Procedure, $5,260.00 in Regions Bank Account No. 5800812285 is **CONDEMNED** and **FORFEITED** to the United States of America. The United States is authorized to seize $5,260.00 from Regions Bank Account No. 5800812285 for disposition according to law.

The court retains jurisdiction to address any third party interests that may be asserted and to enter any order necessary to the forfeiture and disposition of the $5,260.00.

ORDERED in Tampa, Florida, on April 28, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE